**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6067**

LACY LEE WILLIAMS, JR.,

            Petitioner - Appellant,

      v.

STATE OF NORTH CAROLINA,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:15-hc-02069-BO)

Submitted:  May 26, 2016                  Decided:  June 1, 2016

Before TRAXLER, Chief Judge, and NIEMEYER, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lacy Lee Williams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacy Lee Williams, Jr., seeks to appeal the district court's order dismissing one, but not all, of the claims he filed in his 28 U.S.C. § 2254 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED